PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Atreyi Chakrabarti, | ) | |
|---|---|---|
| | ) | Case No.: 2:21-cv-1793 JAM |
| Plaintiff, | ) | |
| | ) | **Joint Stipulation and Order re: Dismissal** |
| v. | ) | |
| | ) | |
| U.S. Citizenship and Immigration Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The parties stipulate to dismissal of this case in its entirety, each side to bear its own costs of litigation.

Dated: November 1, 2021        Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       <u>/s/ Audrey B. Hemesath</u>
                                       AUDREY B. HEMESATH
                                       Assistant U.S. Attorney

DATED: November 1, 2021        Respectfully submitted,
                                       <u>/s/ Charles Kuck</u>
                                       CHARLES KUCK
                                       Attorney for the Plaintiff

ORDER

It is so ordered.

Dated: November 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE